# United States District Court
# For The Western District of North Carolina
# Statesville Division

RITA BUSTLE PHARR,

    Plaintiff(s),

vs.

UNUMPROVIDENT CORPORATION,
UNUM LIFE INSURANCE COMPANY
OF AMERICA, UNUM CORPORATION,
FREIGHTLINER OF CLEVELAND, LLC,
FREIGHTLINER CORPORATION,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:03CV117

DECISION BY COURT.  This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2006, Order.

Signed: August 2, 2006

Frank G. Johns, Clerk
United States District Court